Thursday, October 2, 2014

No. 14–0658/AR.   U.S. v. Corey J. Bennett.   CCA 20111107.   Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED BY ALLOWING AN EXPERT TO REPEAT TESTIMONIAL HEARSAY, DENYING APPELLANT'S RIGHT TO CONFRONTATION, AND IF HE SO ERRED, WHETHER APPELLANT'S CONFESSION TO MARIJUANA USE WAS ADEQUATELY CORROBORATED.

Briefs will be filed under Rule 25.